**FILED**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**FEBRUARY 12, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

Service Employees International Union, Local 1
v.
Renault Robinson Staffing Associates
Aramark Corporation

**08 C 907**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Service Employees International Union, Local 1

**JUDGE HIBBLER**
**MAGISTRATE JUDGE KEYS**

| |
|---|
| NAME (Type or print)<br> Leslie J. Ward |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Leslie J. Ward |
| FIRM<br> SEIU Local 1 |
| STREET ADDRESS<br> 111. E. Wacker Dr., Suite 2500 |
| CITY/STATE/ZIP<br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6294037 | TELEPHONE NUMBER<br> 312-233-8719 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐