# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1, | ) ) ) ) | |
| Plaintiff | ) ) | Case No. 08 C 907 |
| v. | ) ) | Judge Hibbler |
| RENAULT ROBINSON STAFFING ASSOCIATES, ARAMARK CORP. | ) ) ) | Magistrate Judge Keys |
| Defendants | ) ) ) | |

## PLAINTIFF SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1'S NOTICE OF DISMISSAL

Plaintiff Service Employees International Union, Local 1 ("Local 1"), through its counsel, files this Notice of Dismissal pursuant to the Federal Rules of Civil Procedure 41(a)(1)(i), and hereby agrees to the dismissal of the Complaint filed against Defendants Renault Robinson Staffing Associates and Aramark Corporation with prejudice.

WHEREFORE, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Local 1 respectfully requests that the Court order the dismissal of this matter with prejudice in its entirety.

Respectfully Submitted,                                   Dated: July 21, 2008

____/s/ Steven M. Stewart_____
Steven M. Stewart
Counsel for Plaintiff
SEIU Local 1
111 E. Wacker Drive, Suite 2500
Chicago, IL 60601
312.233.8748

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system and I hereby certify that I caused a true and correct copy to be sent via U.S. mail to the following individuals:

| | |
|---|---|
| Renault Robinson | Denise Richardson |
| Renault Robinson Staffing Assoc. | Aramark Corporation |
| 6 E. Monroe Street | 2300 Warrenville Road |
| Suite 1301 | Downers Grove, IL 60515 |
| Chicago, IL 60603 | |

                                                ____/s/ Steven M. Stewart___

                                                    Steven M. Stewart
                                                    Counsel for Plaintiff
                                                    SEIU Local 1
                                                    111 E. Wacker Drive, 25th Fl.
                                                    Chicago, IL 60601
                                                    312.233.8748